MILTON E. RUSSELL, plaintiff in error, *vs.* THOMAS E. PATTON *et al.*, commissioners, defendants in error.

1. The commissioners of roads and revenues of Walker county, have the power to bring the ordinary thereof to a settlement for any funds in his hands.

2. As these proceedings against the ordinary were instituted prior to the passage of the act of March 2, 1875, in relation to said board of commissioners, he may, under section 525 of the Code, if he desires to contest their action and to have a trial by jury, cause an issue to be formed by filing an

The Central Railroad and Banking Company *vs.* Smith.

affidavit of illegality against any execution which may be issued against him : or, as the provisions of said act are made to apply to proceedings pending at the time of its passage, he may, if he appears and has a hearing before the commissioners, enter an appeal from their decision to the superior court.

TRIPPE, Judge.